IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| Plaintiff, | : | Case No.: **3:12CR133** |
| -Vs- | : | |
| | : | |
| **KREITZER, David** Defendant. | | |

## MODIFICATION OF ORDER SETTING CONDITIONS OF RELEASE

The Court ORDERS the conditions of release filed in this case on November 13, 2012, be amended to **include** the following conditions:

*1. Avoid all contact with any alleged victims of the crime and/or potential witnesses who may testify concerning the offense.*
*2. Comply with a specified curfew.*

SO ORDERED.

12-26-12
Date

Honorable Walter Herbert Rice
United States District Judge

Copy to:
Defendant/Defense counsel
U.S. Attorney Office
US Pretrial Services Office