IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Case No. 3:12-cr-133

DAVID KREITZER

JUDGE WALTER HERBERT RICE

    Defendant.

---

PRELIMINARY PRETRIAL ORDER; TRIAL DATE AND OTHER DATES SET

---

| | |
|---|---|
| Date of Preliminary Pretrial Conference | 11/15/2012 |
| Jury Trial Date | 1/22/2013 |
| Final Pretrial Conference (by telephone) | 1/15/2013 at 5:00 pm |
| Motion Filing Deadline<br>    Oral and Evidentiary Motions | 12/10/2012 |
|     Other Motions | 12/24/2012 |
| Discovery Cut-off | 1/8/2013 |
| Speedy Trial Deadline | 1/22/2013 |
| Further Status Conference | ---------- |

November 28, 2012

*/s/ Walter H. Rice*
WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies mailed to:
United States Attorney
Counsel of Record
United States Marshal
United States Pretrial Services
United States Probation Department

WHR:jdf