IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:12-cr-133 |
| vs. | : | JUDGE WALTER H. RICE |
| DAVID KREITZER, | : | |
| Defendant. | : | |

---

ENTRY SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO SUPRESS AND MOTION IN LIMINE (DOC. #10)

---

At the conclusion of the oral and evidentiary hearing on the Defendant's motion to suppress evidence and motion in limine (Doc. #10), the following briefing schedule was discussed and agreed upon. Thirty (30) days after the filing of the transcript of the aforesaid oral and evidentiary hearing, a transcript that was filed March 25, 2013, counsel shall file simultaneous memoranda, to be followed fourteen (14) days thereafter by simultaneous reply memoranda.

WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT

March 26, 2013

Copies to:

Counsel of record

1